UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03-CR-224-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | |
| KEVIN D. ROGERS | ) | |

Upon motion of the United States for an Order to Unseal the Indictment and related court filings, and good cause having been shown for such an Order, the Indictment and related court filings are hereby unsealed.

This the 12 day of Sept, 2012.

TERRENCE W. BOYLE
United States District Judge